IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No.: 6:16-bk-07721
Chapter 7

EDWARD TAYLOR
LESLEY TAYLOR

DEBTOR /

## TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM STAY

Arvind Mahendru, Trustee, by and through his undersigned counsel files this Response to Wells Fargo's Motion for Relief from Stay, in the above-captioned case and in support thereof states:

1. Wells Fargo filed a Motion for Relief from Stay (Doc. No. 13).
2. The Trustee objects to the Motion as he seeks a consented sale with secured lender.

**WHEREFORE**, the Trustee respectfully requests that the Court deny the Motion for Relief from Stay and for any other relief as the Court deems just.

Respectfully submitted,

/s/ Arvind Mahendru
Arvind Mahendru, Trustee
5703 Red Bug Lake Rd. #284
Winter Springs, FL 32708
407-504-2462

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served by electronic delivery or US first class mail to all parties listed below on:
February 10, 2017.

Edward A. Taylor, 687 Carriage House Lane Apt. 105, Altamonte Springs, FL 32714 and Lesley L. Taylor, 1397 Dolphin Head Street, Davenport, FL 33896; James H Monroe, Esq., James H. Monroe, P.A., Post Office Box 540163, Orlando, FL 32854

United States Trustee, ustp.region21.ecf@usdoj.gov

Wells Fargo c/o Teresa Hair, Esq. via ECF

/s/ Arvind Mahendru
Arvind Mahendru