ORDERED.

**Dated: March 20, 2017**

Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

CASE NO: 6:16-bk-07721-KSJ
CHAPTER 7

EDWARD A. TAYLOR
LESLEY L. TAYLOR

Debtors
______________________________________/

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**(Re: 1961 Wedgewood Drive, Sanford, NC 27332)**

**THIS CASE** came before the Court for hearing on March 7, 2017 at 1:30 P.M., upon the *Motion for Relief from the Automatic Stay* (the "Motion") (Surrendered Property) (Doc No. 13) filed by Wells Fargo Bank, N.A. (Secured Creditor), its successors and/or assigns and Trustee's Response (Doc No. 24). The Court, having considered said Motion and the arguments of counsel, and being otherwise more fully advised in the premises, it is,

**ORDERED:**

1. The Motion is GRANTED.

2. The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is terminated as to Secured Creditor, its successors and/or assign's interest in the real property

located at 1961 Wedgewood Drive, Sanford, NC 27332 (the “Property), which is legally described as:

**SITUATED IN THE COUNTY OF LEE, STATE OF NORTH CAROLINA:**

**BEING ALL OF LOT NO. 1961, ACCORDING TO THE MAP OF CAROLINA TRACE, GOLF EAST, RECORDED IN THE OFFICE OF THE REGISTER OF DEEDS OF LEE COUNTY IN PLAT CABINET 1, PAGE 35. REFERENCE TO SAID MAP IS HEREBY MADE FOR A GREATER CERTAINITY OF DESCRIPTION.**

**TAX ID NO: 9670-08-6542-00**

**BEING THE SAME PROPERTY CONVEYED BY WARRANTY DEED**
**GRANTOR: RIDDLE RESIDENTIAL CONSTRUCTION, LLC**
**GRANTEE: EDWARD A. TAYLOR AND WIFE, LESLEY L. TAYLOR**
**DATED: 02/28/2011**
**RECORDED: 03/1/2011**
**DOC #/BOOK-PAGE: 01238-0932**

**ADDRESS: 1961 WEDGEWOOD DRIVE, SANFORD, NC 27332**

3. The automatic stay is modified for the sole purpose of allowing the Secured Creditor, its successors and/or assigns, to complete *in rem* relief, to take any and all steps necessary to exercise any rights it may have in the property, to gain possession of the property, and to have *in rem* relief in accordance with non-bankruptcy law. Secured Creditor, its successors and/or assigns, does not have *in personam* relief against the Debtor.

4. Any communication by Secured Creditor, its successors and/or assigns, in connection with proceeding against the Property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential forbearance agreement, loan modification, refinance agreement, loss mitigation agreement or other loan workout, may be sent directly to the Debtor.

Attorney Teresa M. Hair is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.